UNITED STATES DISTRICT COURT
Eastern DISTRICT OF NEW YORK **CV 12 4165**

Melvin Jenkins
638 Lexington AVE
BrooKlyn N.Y. 11221

*(In the space above enter the full name(s) of the plaintiff(s).)*

ORIGINAL

**COMPLAINT**

MAUSKOPF, J.

-against-

Aux Sergeant Lomax Elder
Aux Charles Richardson
Aux Jonaul Ladson
Aux Harold Toll
P.O Vaughan Etfienne
New York City

BLOOM, M.J.

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED
AUG 20 2012
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Melvin Jenkins
Street Address 638 Lexington AVE
County, City BrooKlyn
State & Zip Code New York 11221
Telephone Number 347-280-7369 ~ 718-574-5006

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Lomax Elder Shield# 1582
Street Address 81 PCt Ralph AVE
County, City Kins, BrooKlyn
State & Zip Code New York 11221
Telephone Number

Defendant No. 2

Name Charles Richardson Shield #12478
Street Address 81 PCt Ralph AVE
County, City Kins, BrooKlyn
State & Zip Code New York 11221
Telephone Number

Defendant No. 3

Name Jonaul Ladson
Street Address 81 PCt Ralph AVE
County, City Kins, BrooKlyn
State & Zip Code New York
Telephone Number

Defendant No. 4

Name Vaughn Ettienne Shield#29839
Street Address 81 PCt Ralph AVE
County, City Kins, BrooKlyn
State & Zip Code New York 11221
Telephone Number

**II. Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Civil Rights Violations

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship

Defendant(s) state(s) of citizenship

Defendant NO. 5

Name Harold Toll Shield# ______

Where Currently Employed 81 PCt Ralph AVE

Address ______

State & zip Code New York 11221

County, City King, Brooklyn

III. **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? In front of 277 Stuyvesant AVE, Brooklyn N.Y. 11221

B. What date and approximate time did the events giving rise to your claim(s) occur? It occur on 12/12/10 at 9:50 am

C. Facts: Auxiliary office in their official vehicle blocked two lane of traffic going south on Stuyvesant AVE, in front of a Church located at 277 Stuyvesant ave, they block traffic so they could get their breakfast from the Church, when I try to get them to move their vehicle, so other vehicle can pass they refuse to move, they blocked traffic up to 20 min- me and other people in their vehicle try our best by blowing horn at them, they all came out of their vehicle trying to intimidate me and the car driver behind me, at one point Aux ladson started swing his baton just missing my head but hitting my side mirror and van, I turn down Jefferson sidewalk to get away from this crazy man, they started chasing me, I couldent stop because they were mad, I finally was stopped by P.O. Ettienne, then Aux. Elder came, Ettienne put handcuff on me, at this point Elder said to P.O. Ettienne he saw me put something in my carring bag →

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. after I was thrown to the ground with handcuff on hitting my Shoulder Right and my elbow Right I was refuse medical treatment by P.O. Ettienne, he then went into my carring bag pull out some advil, and said that is all I am getting. I took the advil to stop the pain in my Right Shoulder and elbow but it started pain in my stomach.

Facts:

P.O. Ettienne with Aux Elder threw me to the ground, still in handcuff I hit the ground landing on my right Shoulder and elbow cause me pain the next thing I new aux ladson, Richardson come and started hitting and Richardson put his Knee in my back,. Between aux ladson and Elder I felt blows to my head area. At this time P.O. Ettienne had picked up my carring bag and ask me what was in it, I told him not to ask me no question I have right he said, I don't have any right.

Who else saw what happened: Lisa Darns — Saw and heard all the vehicle blowing their horn, and saw the vehicle being block. And saw aux ladson swing his baton at me.

Some people in their vehicle call 911 to report what was happening.

also P.O. Ettienne claim he recovered three .38 Caliber Cartridges from my Pocket, when he recovered them from the van.

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I am seeking in the amount of Eight Hundred + FiFty thousand Dollars.
For lost of Job, time in Jail, going to court, pain + Suffering, Physical + mental abuse, the spitefull + Vindictive + misleading statment by the district attorney office, of Kings county, the malicious prosecution, using fairy tales, telling the grand Jury the auxiliary office are Peace officer and police officer, saying they were doing a Lawful Duty blocking traffice so they could eat their breakfast, malicious it just the start of it.
misleading Medical Records of injury to Auxiliary offices misleading about damage to cars and fence

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 20 day of August, 2012

Signature of Plaintiff: Melvin Jenkins

Mailing Address: 638 Lexington AVE, Brooklyn NY. 11221

Telephone Number: 347-280-7369 + 718-574-5006

Fax Number *(if you have one)* __________

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of ________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Eastern District of New York.

Signature of Plaintiff: ________________

Inmate Number ________________

CHURCH

