UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MELVIN JENKINS,

        Plaintiff,

    - against -

AUX SERGEANT LOMAX ELDER; AUX
CHARLES RICHARDSON; AUX JAMAL
LADSON; AUX HAROLD TULL; P.O.
VAUGHAN ETTIENNE; AND NEW YORK
CITY,

        Defendants.

------------------------------------------------------------X

**JUDGMENT**
12-CV-4165 (RRM) (LB)

    A Memorandum and Order of the undersigned having been filed this day granting

defendant's motion for summary judgment, dismissing this action, and directing the Clerk of

Court to enter judgment accordingly and close this case, it is hereby

    ORDERED, ADJUDGED AND DECREED that plaintiff takes nothing of defendant, and

this action is dismissed with prejudice.

Dated: Brooklyn, New York
      September 22, 2015

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge